IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Vector Licensing LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Datto, Inc., <br><br> Defendant. | Civil Action No. 1:22-cv-06664 <br><br><br> Honorable Martha M. Pacold <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION FOR A FIRST EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Vector Licensing LLC and Defendant Datto, Inc. hereby respectfully request an order from this Court extending Datto's time to file its answer or other respond to Vector Licensing's complaint by an additional 30 days.

Vector Licensing filed its complaint on October 29, 2022. Datto was served with the complaint on December 8, 2022; as such, the current deadline for Datto to answer or otherwise respond to the complaint is December 29, 2022. Datto has requested and Vector Licensing has agreed to a 30-day extension of this deadline up to and including January 30, 2023 for Datto to answer or otherwise respond to the complaint.

The parties respectfully request that this Court extend the deadline for Datto to respond to the complaint up to and including January 30, 2023.

1

Dated: December 23, 2022          Respectfully submitted,

**DIRECTION IP LAW**

*/s/ Steven G. Kalberg*
David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
PO Box 14184
Chicago, Illinois, 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

Jennifer Ishimoto (*Pro Hac Vice* to be filed)
BANIE & ISHIMOTO LLP
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (408) 981-9427
Facsimile: (650) 241-2770
ishimoto@banishlaw.com

*Counsel for Plaintiff Vector Licensing LLC*